# United States District Court
# For The Western District of North Carolina
# Asheville Division

JERRY JULIAN HINES,

    Petitioner,

vs.

BUTCH JACKSON, Supt.,,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:07CV357-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 23, 2009 Order.

June 23, 2009

FRANK G. JOHNS, CLERK

BY: s/Elizabeth J. Barton

Elizabeth J. Barton, Deputy Clerk